# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMANDO TELLECHEA,<br><br>        Plaintiff,<br>vs.<br><br>WELLS FARGO BANK, NA,<br><br>        Defendant. | Case No. 12-cv-0829-JM-WVG<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO DISMISS**<br><br>Docket No. 2 |

Plaintiff Armando Tellechea filed a complaint in California Superior Court, San Diego County, on March 6, 2012, based on Defendant's allegedly invalid foreclosure of a property in Spring Valley, California.

Defendant removed the case to this court and then moved to dismiss the case. Plaintiff failed to respond to the motion. After a motion is filed, Local Civil Rule 7.1(e)(2) requires a party to file an opposition or statement of non-opposition not later than fourteen calendar days before a noticed hearing. Under Rule 7.1(f)(3)(c), the motion at issue may be granted if a party fails to comply with Rule 7.1(e)(2). Because of Plaintiff's failure to comply, Defendant's motion is GRANTED.

**IT IS SO ORDERED.**

DATED: May 10, 2012

                                                Jeffrey T. Miller<br>
                                                United States District Judge